IN THE CIRCUIT COURT OF CONWAY COUNTY, ARKANSAS
CIVIL DIVISION 2

J.T. COMPTON and NORMA VICKERS                     PLAINTIFF
COMPTON JOINT IRREVOCABLE TRUST

VS.          NO. 15CV-2018-236

SUN LIFE ASSURANCE COMPANY                          DEFENDANT
OF CANADA

## PETITION FOR DECLARATORY JUDGMENT

Comes now the Plaintiff, J.T. Compton and Norma Vickers Compton Irrevocable Trust, by and thru its Settlors and Beneficiaries, J.T. Compton and Norma Vickers Compton, and for its Petition for Declaratory Judgment, states:

(1) Plaintiff is a Trust created and existing under the laws of State of Arkansas. J.T. Compton and Norma Vickers Compton are the Settlors and Beneficiaries of the Trust and are residents of Conway County, Arkansas.

(2) Plaintiff obtained a life insurance policy on the lives of J.T. Compton and Norma Vickers Compton from Defendant, being Life Policy # 9292202T. Plaintiff is beneficiary of the policy.

(3) Certain disputes have arisen between Plaintiff and Defendant which should be resolved. These disputes are set forth below:

(a) The application and other documents given to Defendant by Plaintiff show the date of creation of Plaintiff as June 22, 1993. The date of creation of Plaintiff was July 26, 1993.

(b) Defendant's records reflect the Trustee is "Edward Massey". Plaintiff's Trust documents reflect the Trustee is "Edmund Massey".

(4)     This Court should find that the correct date of creation of the Trust was July 26, 1993 and the date given of June 22, 1993 was a scrivener's error. Defendant's documents should be reformed to so reflect.

(5)     The Court should find that the correct name of the Trustee is "Edmund Massey" and the name of "Edward Massey" was a scrivener's error. Defendant's documents should be reformed to reflect so.

(6)     In addition, Edmund Massey is now deceased and Plaintiff should be permitted to name a new Trustee as authorized under the Trust.

Wherefore Plaintiff prays that this Court enter its Declaratory Judgment as set forth above and for all other proper relief.

> HOWARD C. YATES, P.A.
> ATTORNEY AT LAW
> 108 S. Chestnut - P.O. Box 190
> Morrilton, AR 72110
> (501) 354-1505
> Arkansas Bar NO. 76144
>
> BY: _____
> Howard C. Yates,
> Attorney For Plaintiff